Licensed in Pennsylvania
District of Columbia, and New York

## THE LAW OFFICE OF NORMAN M. VALZ

A Pennsylvania Professional Corporation
205 Arch Street – 2nd Floor – Philadelphia – Pennsylvania 19106
Tel. 215.667-8400 - Fax 215.827.5758 – Email nvalz@msn.com – Skype nmvalz

February 7, 2018

The Hon. Gerald J. Pappert, U.S.D.J
James A. Byrne U.S. Courthouse
601 Market Street
Room 5614
Philadelphia, PA   19106-1745
*Via ECF Only*

Re: Complete Business Solutions Group, Inc. vs. Global Auto Restoration and Sprouse
Docket No. 2:17-cv-05779-GJP
Action was removed from Phila. Court of Common Pleas: original docket: 171102039

Dear Judge Pappert:

This letter is to essentially clarify a docket which is split between your Court and the Philadelphia Court of Common Pleas, and to seek a means to keep a relatively simple legal matter from becoming more costly and protracted than necessary.

This matter began in the Court of Common Pleas wherein Plaintiff filed a Judgment by Confession against Defendants on November 21, 2017.   On December 22, 2017, Counsel for Defendants filed a Petition to Open this Judgment.   Then on December 29, 2017, Counsel for Defendants filed a Notice of Removal, removing this matter from the Court of Common Pleas to Federal Court (one week after the filing of their Motion to Open the Judgment).   On January 5, 2018, I filed Plaintiff's response to Defendants' Motion to Open in this Court.   Therefore, both parties have completed their filings on a dispositive Motion.

As the amount in controversy is less than $75,000.00, I am aware that this case will be referred to arbitration.   I respectfully request that Your Honor hear the Motion to Open/Strike before placing this matter entirely in the arbitration pool, as there is this outstanding Motion.   I have not previously been in a situation where a matter was removed while there was an open Motion pending before the initial Court.

Thank you for your attention to this matter.   If you have any questions or need to contact me, feel free to either email me or call me on my cellphone (215) 756-2424.   Thank you for your courtesies.

Respectfully,

Norman M Valz – Attorney for Plaintiff

NMV/mab
CC: Shane Heskin